

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00350-CR

JERRY WILSON                                                      APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jerry Wilson attempts to appeal from his conviction for theft. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 21, 2011, we notified Wilson that this appeal may be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.

---

[1]*See* Tex. R. App. P. 47.4.

Wilson filed a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 1, 2011